UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,                :

                                                                        NOTICE OF APPEARANCE

     -against-                                      :

                                                                         20 Cr. 306 (NGG)

CHRISTOPHER CHIERCHIO, et al.,           :

             Defendants.                 :

-------------------------------------------------------x

      PLEASE TAKE NOTICE that the undersigned hereby appears as attorney of record for

Defendant CHRISTOPHER CHIERCHIO in the above-referenced matter.

Dated: New York, New York
       August, 18, 2020

                                             /s/_____*Gerald J. McMahon*_____
                                             Gerald J. McMahon, Esq.
                                             *Attorney for Defendant Christopher Chierchio*
                                             375 Greenwich Street
                                             New York, New York 10013
                                             212.965.4259
                                             908.347.4670 (m)
                                             gm@geraldjmcmahon.com