

Clerk's Office
Filed Date: 12/3/21

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 1, 2021

> SO ORDERED.
>
> /s/ Rachel P. Kovner
> **Hon. Rachel P. Kovner**
> **Date:** December 2, 2021
> as the Miscellaneous Judge
> Pursuant to Local Rule 50.5.

**BY ECF AND ELECTRONIC MAIL**

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States v. Christopher Chierchio, et. al.,* **20 Cr. 306 (NGG)**

Dear Judge Garaufis:

      The government respectfully submits this letter, on behalf of all parties, to request that the hearing scheduled for December 16, 2021 be rescheduled for January 4, 2022 at 2 p.m. The reason for this request is a conflict on the Court's calendar for the December 16 conference. The parties further submit that time should be excluded under the Speedy Trial Act given the motions pending before the Court. 18 U.S.C. § 3161(h)(1)(D).

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:    /s/_____
      Olga I. Zverovich
      Special Attorney Acting Under Authority
      Conferred by 28 U.S.C. § 515

      Lauren Howard Elbert
      Assistant United States Attorney
      Eastern District of New York

cc:    Counsel of record (via ECF)