## GERALD J. MCMAHON
### ATTORNEY AT LAW

www.geraldjmcmahon.com
gm@geraldjmcmahon.com

11 BURNHAM COURT
SCOTCH PLAINS, NJ 07076
(908) 347-4670

375 GREENWICH STREET
NEW YORK, NY 10013
(212) 965-4259

January 3, 2022

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: <u>United States v. Christopher Chierchio, et al.</u>
            20 Cr. 306 (NGG)

Dear Judge Garaufis:

     I write on behalf of defendant Christopher Chierchio who seeks to waive his appearance, pursuant to Fed.R.Crim.P. 43(b)(3), at oral argument on January 4, 2022. Mr. Chierchio has just started experiencing Covid-19 symptoms and expects to quarantine for the next 5-10 days. I will be present at the argument to represent his interests, and will thereafter advise him about the proceeding.

                                                    Very truly yours,

                                                    Gerald J. McMahon

GJM:dlg
cc: All Counsel (By ECF)