

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 22, 2022

**BY ECF**
The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States v. Jason Kurland et al.*, 20 Cr. 306 (NGG)

Dear Judge Garaufis:

      In light of the anticipated timing of the release of the Presentence Reports and the adjournment of Jason Kurland's sentencing to April 26, 2023, the Government respectfully requests that the sentencings of defendants Frangesco Russo, Christopher Chierchio, and Francis Smookler, currently scheduled for February 10, March 3, and March 10, 2023, respectively, be adjourned until after defendant Kurland's sentencing. The requested adjournment will permit the parties adequate time to review the Presentence Reports in advance of sentencing. The Government has conferred with defense counsel for each defendant, who each consent to the requested adjournment on their client's behalf.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:   /s/
      Olga I. Zverovich
      Danielle M. Kudla
      Louis A. Pellegrino
      Special Attorney Acting Under Authority
      Conferred by 28 U.S.C. § 515

      Brian D. Morris
      Assistant United States Attorney
      Eastern District of New York

cc: Counsel of record

**Application granted.**
**So Ordered**
s/Nicholas G. Garaufis

Hon. Nicholas G. Garaufis
Date: 12/22/22