

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 12, 2023

**VIA ECF**
The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States v. Christopher Chierchio*, 20 Cr. 306 (NGG)

Dear Judge Garaufis:

      The government writes to respectfully request that the Court enter the enclosed proposed Order of Restitution in connection with the sentencing of defendant Christopher Cherchio, which is scheduled for June 14, 2023 in the above-captioned case.

      Thank you for Your Honor's consideration of this submission.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:   /s/_____
      Olga I. Zverovich
      Danielle M. Kudla
      Louis A. Pellegrino
      Special Attorneys Acting Under Authority
      Conferred by 28 U.S.C. § 515

      Brian D. Morris
      Assistant United States Attorney
      Eastern District of New York

cc: Counsel of record (Via ECF)